IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

SERGIO GARCIA-ROMERO,

Defendant.

CRIMINAL CASE NO.

1:12-cr-300-01-JEC-ECS

**ORDER**

This case is before the Court on the Magistrate Judge's Final Report and Recommendation [55] recommending denying defendant's Motion to Suppress Statements [42]. No objections to the Report and Recommendation [55] have been filed. The Court has reviewed the Final Report and Recommendation [55] on the merits and finds the magistrate judge's conclusions to be well-founded.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [55] **DENYING** defendant's Motion to Suppress Statements [42].

SO ORDERED this 31st day of JANUARY, 2013.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE